Kristi L. Browne
**Patterson Law Firm**
200 West Monroe Street, Suite 2025
Chicago, Illinois 60606
kbrowne@pattersonlawfirm.com
*Attorney for Plaintiff*

David T. Barton (#016848)
Alexandra E. DeArman-Miller (#036394)
**BURNSBARTON PLC**
2201 E. Camelback Road, Suite 360
Phoenix, Arizona 85016
david@burnsbarton.com
alex@burnsbarton.com
*Attorneys for Defendants Kingman Regional Medical Center, Gregory Nelcamp, Shane Sergent, Justina Truong, and Adam Dawson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos M. Rondon Clavo, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Midwestern University, Kingman Regional Medical Center, Gregory Nelcamp, Shane Sergent, Justina Truong, and Adam Dawson, <br><br> Defendants. | Case No.: 3:24-cv-08025-KML <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER SECOND AMENDED COMPLAINT** <br><br> **(First Request)** |

Defendants, Kingman Regional Medical Center, Gregory Nelcamp, Shane Sergent, Justina Truong, and Adam Dawson ("Defendants") and Plaintiff Carlos M. Rondon Clavo, M.D., by and through their undersigned counsel, stipulate and agree that Defendants shall

have an extension of time until May 15, 2025 to answer Plaintiff's Second Amended Complaint. This request is made in good faith and not for the purpose of delay. Accordingly, good cause exists for the request.

A proposed form or Order consistent with the relief requested is being lodged together with this Stipulation.

RESPECTFULLY SUBMITTED this 14th day of April, 2025.

**BURNS BARTON PLC**

By: */s/ David T. Barton*
David T. Barton
Alexandra E. DeArman-Miller
2201 E. Camelback Road, Suite 360
Phoenix, Arizona 85016
*Attorneys for Defendants Kingman Regional Medical Center, Gregory Nelcamp, Shane Sergent, Justina Truong, and Adam Dawson*

**PATTERSON LAW FIRM**

By: */s/ Kristi L. Browne (w/ permission)*
Kristi L. Browne
200 West Monroe Street, Suite 2025
Chicago, Illinois 60606
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 14, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing causing a copy to be electronically transmitted to the following ECF registrant:

Kristi L. Browne
Patterson Law Firm
200 West Monroe Street, Suite 2025
Chicago, Illinois 60606
kbrowne@pattersonlawfirm.com
*Attorney for Plaintiff*

Stephen B. Coleman
Pierce Coleman PLLC
7730 E. Greenway Road, Suite 105
Scottsdale, Arizona 85260
Steve@PierceColeman.com
*Attorneys for Defendant Midwestern University*


By: */s/Carolyn Galbreath*

3