**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos M. Rondon Clavo, | No. CV-24-08025-PCT-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Midwestern University, et al., | |
| Defendants. | |

The parties filed a joint motion for entry of protective order. (Doc. 67.) The court has a standard protective order available at www.azd.uscourts.gov under: Judges' Information → Orders, Forms and Procedures → Lanham, Krissa M. If the parties agree that discoverable materials should be kept confidential, they may file a stipulation requesting that the court issue its standard protective order. If the parties wish to propose additional provisions, they may request and stipulate to the additional proposed language, subject to the court's review. In that case, all language added to the standard order by the parties should be redlined into a Word document using "tracked changes," and the parties' Word document with the tracked changes must be emailed to chambers. The parties are reminded that the mere fact the parties have designated certain materials or information as confidential pursuant to an agreement or stipulation does not mean the court will automatically order filings containing such information be placed under seal. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016).

/

Accordingly,

**IT IS ORDERED** the Motion for Protective Order (Doc. 67) is **DENIED** without prejudice to renewal using the court's standard form.

Dated this 7th day of August, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge